# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Marlon Bowles | ) | |
| | ) | Case No: 20 C 7413 |
| | ) | |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| AbbVie, Inc., et al., | ) | |

## ORDER

Susan Anne Allen's motion for leave to appear pro hac vice on behalf of Plaintiff Marlon Bowles [3] is granted.

Date:   January 15, 2021                    /s/ Martha M. Pacold