# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Bowles v. AbbVie, Inc.    Case Number: 1:20-cv-07413

An appearance is hereby filed by the undersigned as attorney for:
AbbVie, Inc.

Attorney name (type or print): Patricia Brown Holmes

Firm: Riley Safer Holmes & Cancila LLP

Street address: 70 W. Madison Street, Suite 2900

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6194645    Telephone Number: (312) 471-8700
(See item 3 in instructions)

Email Address: pholmes@rshc-law.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ✓ | ☐ |
| Are you a member of the court's trial bar? | ✓ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/2/2021

Attorney signature:    S/ Patricia Brown Holmes
                    (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015