# EXHIBIT A



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

 

                                                                            Food and Drug Administration
                                                                            Rockville, MD 20852

Our STN: BL 125057/45                OCT 03 2005

Abbott Laboratories
Attention: James D. Steck, R.Ph.
Director, Global Pharmaceutical Regulatory Affairs
200 Abbott Park Road
D-491, AP30-1E
Abbott Park, IL, 60064-6157

Dear Mr. Steck:

Your request to supplement your biologics license application for adalimumab to expand the indication to include psoriatic arthritis has been approved.

All applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens are required to contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred. We are waiving the pediatric study requirement for this application.

Pursuant to 21 CFR 201.57(f)(2), patient labeling must be reprinted at the end of the package insert.

Please submit all final printed labeling at the time of use and include implementation information on FDA Form 356h. Please provide a PDF-format electronic copy as well as original paper copies (ten for circulars and five for other labels). In addition, you may wish to submit draft copies of the proposed introductory advertising and promotional labeling with a cover letter requesting advisory comments to the Food and Drug Administration, Center for Drug Evaluation and Research, Division of Drug Marketing, Advertising and Communications, 5901-B Ammendale Road, Beltsville, MD 20705-1266. Final printed advertising and promotional labeling should be submitted at the time of initial dissemination, accompanied by a FDA Form 2253.

All promotional claims must be consistent with and not contrary to approved labeling. You should not make a comparative promotional claim or claim of superiority over other products unless you have substantial evidence to support that claim.

Please refer to http://www.fda.gov/cder/biologics/default.htm for important information regarding therapeutic biological products, including the addresses for submissions.

Page 2 – BL 125057/45

Effective August 29, 2005, the new address for all submissions to this application is:

>   Food and Drug Administration
>   Center for Drug Evaluation and Research
>   Therapeutic Biological Products Document Room
>   5901-B Ammendale Road
>   Beltsville, MD 20705-1266

This information will be included in your biologics license application file.

>   Sincerely,
>
>   *[signature]*
>
>   Marc Walton, M.D., Ph.D.
>   Director
>   Division of Therapeutic Biological Internal Medicine Products
>   Office of Drug Evaluation VI
>   Center for Drug Evaluation and Research