UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARLON BOWLES<br><br>       Plaintiff,<br><br>vs.<br><br>ABBVIE INC., ABBVIE 1-100<br>AND ABBOTT 1-100<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:20-cv-07413<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT ABBVIE INC.'S
RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, Defendant AbbVie Inc. submits the following disclosure statement:

    1.    AbbVie Inc. is a publicly held corporation (NYSE: ABBV) that has no parent corporation. No publicly held corporation owns 10% or more of AbbVie Inc.'s outstanding common shares.

    2.    The Vanguard Group, Inc. has reported to the Securities and Exchange Commission ownership of more than 5% of AbbVie Inc.'s outstanding common shares.

    3.    Blackrock, Inc. has reported to the Securities and Exchange Commission ownership of more than 5% of AbbVie Inc.'s outstanding common shares.

Dated: February 2, 2021          Respectfully submitted,

/s/Patricia Brown Holmes

Patricia Brown Holmes
Louis A. Klapp
Lucas Thor Rael
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
pholmes@rshc-law.com
lklapp@rshc-law.com
lrael@rshc-law.com


Orlando R. Richmond, Sr. (to be admitted *pro hac vice*)
Alyson B. Jones (to be admitted *pro hac vice*)
BUTLER SNOW, LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157

*Attorneys for AbbVie Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 2, 2021, the foregoing document was filed using the Court's CM/ECF system, which will send notification of this filing to all attorneys of record who have registered for CM/ECF updates.

                                                   */s/Patricia Brown Holmes*
                                                   Patricia Brown Holmes
                                                   RILEY SAFER HOLMES & CANCILA LLP
                                                   70 W. Madison Street, Suite 2900
                                                   Chicago, Illinois 60602
                                                   (312) 471-8700