# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon Bowles
                          Plaintiff,

v.                                       Case No.: 1:20−cv−07413
                                                Honorable Martha M. Pacold

AbbVie, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 2, 2021:

      MINUTE entry before the Honorable Martha M. Pacold:The parties are directed to file an initial joint status report by 2/11/2021.The parties should include in the status report an agreed briefing schedule on Defendant's motion to dismiss [8]. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.