IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Marlon Bowles | ) | |
|---|---|---|
| | ) | Case No: 20 C 7413 |
| | ) | |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| | ) | |
| AbbVie, Inc., et al., | ) | |

## ORDER

Orlando R. Richmond, Sr.'s motion for leave to appear pro hac vice on behalf of AbbVie, Inc. [12] is granted. Alyson B. Jones' motion for leave to appear pro hac vice on behalf of AbbVie, Inc. [13] is granted.

Date: February 3, 2021 /s/ <u>Martha M. Pacold</u>