UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Marlon Bowles
                          Plaintiff,

v.                                                Case No.: 1:20−cv−07413
                                                    Honorable Martha M. Pacold

AbbVie, Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 12, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the parties' joint status report [15]. The court sets a telephonic status hearing to discuss this case for 2/18/2021 at 10:00 a.m. Dial toll−free Call−in Number: (888) 684−8852; followed by the Conference Access Code: 9482028#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violations of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Participants are directed to keep their device muted when they are not speaking. Pursuant to the joint schedule proposed in the joint status report [15], Plaintiff's amended complaint is due 2/16/2021, and AbbVie's response is due 3/18/2021. If AbbVie files a Rule 12 motion in response to the amended complaint, Plaintiff's opposition is due 4/19/2021, and AbbVie's reply is due 5/4/2021. Considering Plaintiff's stated intention to file an amended complaint, AbbVie's original motion to dismiss [8] is denied as moot without prejudice to AbbVie's ability to renew any of its arguments in a motion directed towards the amended complaint. Finally, the court notes that Plaintiff's complaint seeks to invoke this court's diversity jurisdiction. For purposes of diversity jurisdiction, an individual's citizenship depends on the state in which he is domiciled, not merely the state in which he "resides." See Heinen v. Northrop Grumman Corp., 671 F.3d 669 (7th Cir. 2012). Plaintiff's amended complaint should make clear the state in which he is domiciled. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.