# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon Bowles

           Plaintiff,

v.

                                          Case No.: 1:20–cv–07413
                                          Honorable Martha M. Pacold

AbbVie, Inc., et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 18, 2021:

      MINUTE entry before the Honorable Martha M. Pacold:Telephonic initial status hearing held on 2/18/2021. On further consideration, the parties need not file a joint status report on 2/25/2021. Matter of Nat'l Union Fire Ins. Co. of Pittsburgh, Pa., 839 F.2d 1226, 1231 (7th Cir. 1988) ("The best practice is to disclose the details that the judge deems significant, to make a decision by one's own lights, and let counsel speak or keep silence as they will."). The current briefing schedule [16] remains in place. Of course, the parties are free to file a motion, file a joint status report, or request a status hearing at any time should they wish to bring any matters to the court's attention.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.