**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| MARLON BOWLES | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 1:20-cv-07413 |
| | ) | |
| ABBVIE INC., ABBVIE 1-100 | ) | |
| AND ABBOTT 1-100 | ) | |
| | ) | |
| Respondent. | ) | |

**PETITIONER'S RULE 26 DISCLOSURES**

The undersigned hereby certifies that Petitioner has complied with the requirements of Fed. R. Civ. P. Rule 26 by serving on counsel for Respondent, Petitioner's Rule 26(a)(1) Initial Disclosures on February 25, 2021.

**RESPECTFULLY SUBMITTED,**

**VAN WEY, PRESBY & WILLIAMS, PLLC**

BY:  */s/ Susan Anne Allen*
Ellen A. Presby (admitted *pro hac vice)*
Texas Bar No.  16249600
Emma C. Martin
Texas Bar No.  24104999
Susan A. Allen, Of Counsel (admitted *pro hac vice*)
Texas Bar No. 01059350
12720 Hillcrest Road, Suite 600
Dallas, Texas  75230
(214) 329-1350 Phone
(800) 582-1042 Facsimile
courtfilings@vwpwlaw.com
ellen@vwpwlaw.com
emma@vwpwlaw.com
susan@vwpwlaw.com

1

**AND**

**THE LAW OFFICE OF KEITH ALTMAN**

BY: /s/ *Keith Altman*

Keith Altman
California Bar No. 257309
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516) 456-5885 Phone
kaltman@lawampmmt.com

**COUNSEL FOR PETITIONER**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing is being filed using the Court's CM/ECF system this 25th day of February, 2021, which will automatically serve a copy to all known counsel of record via electronic mail.

*/s/ Susan Anne Allen*
Susan A. Allen, Of Counsel
Texas Bar No. 01059350
Van Wey, Presby & Williams, PLLC
12720 Hillcrest Road, Suite 600
Dallas, TX 75230
Phone: (214) 329-1350
Email: susan@vwpwlaw.com
Admitted *Pro Hac Vice*