IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARLON BOWLES | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:20-cv-07413 |
| | ) | |
| vs. | ) | |
| | ) | The Honorable Martha |
| ABBVIE INC., ABBVIE 1-100, AND | ) | M. Pacold |
| ABBOUTT 1-100 | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO APPEAR ON BEHALF OF PLAINTIFF AS LOCAL COUNSEL PURSUANT TO LOCAL RULE 83.15(c)**

Bryce T. Hensley, a duly licensed attorney in the State of Illinois and within the United States District Court for the Northern District of Illinois, now moves this Honorable Court for an Order granting him leave to appear on behalf of the Plaintiff, Marlon Bowles, as is required by Local Rule 83.17 and solely for the purposes set forth in Local Rule 83.15(c) as Local Counsel. In support thereof, Attorney Hensley states as follows:

1. This a product liability action involving the prescription drug, Humira, which is manufactured, sold, distributed, marketed, and promoted by AbbVie Inc.

2. As of the filing of this Motion, Counsel for Plaintiffs are either sworn members of this Court and licensed to practice within the United States District Court or have been admitted pro hac vice.

3. For the limited purposes of acting as Local Counsel in this matter, as set forth in the Local Rule 83.15(c), including receiving services of notices, pleadings, and other documents; promptly notifying the nonresident attorneys of their receipt and contents; and to appear in cases of emergency without performing any substantive work, Attorney Hensley seeks leave to appear on behalf of the Plaintiff.

4. Attorney Hensley is licensed in the State of Illinois and admitted to practice in the United States District Court for the Northern District of Illinois.

5. Attorney Hensley is an attorney at Romanucci & Blandin, LLC, located at 321 N. Clark Street, Suite 900, Chicago, Illinois 60654.

6. Attorney Hensley has attached his proposed appearance as Exhibit A to this Motion.

WHEREFORE. Attorney Bryce T. Hensley respectfully requests leave of Court to appear on behalf of Plaintiff pursuant to Local Rule 83.17 and solely for the purposes set forth in Local Rule 83.15(c) as Local Counsel.

Respectfully Submitted.

This 2nd Day of April, 2021.

 /s/ Bryce T. Hensley
Attorney for Plaintiff
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 253-8800 *telephone*
bhensley@rblaw.net
Attorney No.: 6327025