IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Marlon Bowles | ) | |
|---|---|---|
| | ) | Case No: 20 C 7413 |
| v. | ) | |
| | ) | Judge: Martha M. Pacold |
| AbbVie, Inc. | ) | |

## ORDER

Bryce T. Hensley's motion for leave to appear on behalf of plaintiff as local counsel pursuant to Local Rule 83.15(c) is granted.

Date: April 6, 2021                    /s/ Martha M. Pacold