## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon Bowles

                      Plaintiff,

v.                                                 Case No.: 1:20−cv−07413
                                                 Honorable Martha M. Pacold

AbbVie, Inc., et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, April 19, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for an extension of time to respond to Defendant AbbVie's motion to dismiss [31] is granted over AbbVie's objection. Briefing on the motion to dismiss is suspended pending this court's ruling on Plaintiff's motion for leave to file a second amended complaint [29]. If the court denies leave to file a second amended complaint, then Plaintiff's response to the motion to dismiss will be due seven days after the court's ruling. (rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.