## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon Bowles

                        Plaintiff,

v.                                               Case No.: 1:20−cv−07413
                                                    Honorable Martha M. Pacold

AbbVie, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 11, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant AbbVie, Inc.'s unopposed motion regarding extension of page limits for its upcoming memorandum [38] is granted. AbbVie Inc.'s brief in support of its motion to dismiss may total no more than 21 pages. Plaintiff's response brief may also total no more than 21 pages.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.