# Exhibit B



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

BLA 125057/S-403

**SUPPLEMENT APPROVAL**

AbbVie Inc.
Attention: Mary S. Konkowski
Director, Regulatory Affairs
1 N. Waukegan Road
Dept. PA72/Bldg. AP30-4
North Chicago, IL 60064

Dear Ms. Konkowski:

Please refer to your Supplemental Biologics License Application (sBLA), dated and received June 23, 2017, and your amendments, submitted under section 351(a) of the Public Health Service Act for HUMIRA (adalimumab) injection, for subcutaneous use.

This Prior Approval supplemental biologics application proposes changes to product labeling due to the increased detection of anti-adalimumab antibodies with the new, drug tolerant assay.

**APPROVAL & LABELING**

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

**WAIVER OF HIGHLIGHTS SECTION**

Please note that we have previously granted a waiver of the requirements of 21 CFR 201.57(d)(8) regarding the length of Highlights of prescribing information.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit, via the FDA automated drug registration and listing system (eLIST), the content of labeling [21 CFR 601.14(b)] in structured product labeling (SPL) format, as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm, that is identical to the enclosed labeling (text for the prescribing information, Medication Guide) and include the labeling changes proposed in any pending "Changes Being Effected" (CBE) supplements.  Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at

BLA 125057/S-403
Page 2

http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that include labeling changes for this BLA, including pending "Changes Being Effected" (CBE) supplements, for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 601.12(f)] in MS Word format that includes the changes approved in this supplemental application.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved BLA (in 21 CFR 600.80 and in 21 CFR 600.81).

If you have any questions, call Cristina Attinello, Senior Regulatory Project Manager, at (301) 796-3986.

<div style="margin-left: 40%;">

Sincerely,

*{See appended electronic signature page}*

Tatiana Oussova, MD, MPH
Deputy Director for Safety
Division of Dermatology and Dental Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research

</div>

ENCLOSURE:
    Content of Labeling

--------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

TATIANA OUSSOVA

12/14/2017