# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Marlon Bowles

                Plaintiff,

v.

AbbVie, Inc., et al.

                Defendant.

Case No.: 1:20−cv−07413
Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 26, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's unopposed motion for extension of briefing deadlines [42] is granted. Plaintiff's response to Defendant's motion to dismiss Plaintiff's second amended complaint [40] is due by 6/28/2021. Defendant's reply is due by 7/16/2021.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.