# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| MARLON BOWLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:20-cv-07413 |
| | ) | |
| ABBVIE INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(B), it is hereby stipulated and agreed by and between the parties that the above-styled matter is voluntarily dismissed, with prejudice, in its entirety, with each party to bear its own costs and expenses.

Respectfully submitted,

BY: /s/*Susan Anne Allen*
Susan Anne Allen (admitted *pro hac vice*)
Emma C. Martin
VAN WEY & WILLIAMS, PLLC
12720 Hillcrest Road, Suite 600
Dallas, Texas 75230
(214) 329-1350 Phone
(800) 582-1042 Facsimile
susan@vwpwlaw.com
emma@vwpwlaw.com

Keith Altman (admitted *pro hac vice*)
THE LAW OFFICE OF KEITH ALTMAN
33228 W. 12 Mile Road, Suite 375
Farmington Hills, MI 48334
(516) 456-5885 Phone
kaltman@lawampmmt.com

*Counsel for Plaintiff*

BY: /s/*Orlando R. Richmond, Sr.*
Orlando R. Richmond, Sr. (admitted *pro hac vice*)
Alyson B. Jones (admitted *pro hac vice*)
Butler Snow LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
(601) 948-5711
Orlando.richmond@butlersnow.com
Alyson.jones@butlersnow.com

Patricia Brown Holmes
Louis A. Klapp
Lucas Thor Rael
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
(312) 471-8700
pholmes@rshc-law.com
lklapp@rshc-law.com
lrael@rshc-law.com

*Counsel for AbbVie Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 28, 2021, the foregoing document was filed using the

Court's CM/ECF system, which will send notification of this filing to all attorneys of record

who have registered for CM/ECF updates.

/s/*Susan Anne Allen*

60374772.v1