**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Marlon Bowles
                                    Plaintiff,

v.                                                       Case No.: 1:20−cv−07413
                                                            Honorable Martha M. Pacold

AbbVie, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 29, 2021:

      MINUTE entry before the Honorable Martha M. Pacold: This case is hereby dismissed with prejudice, in its entirety, with each party to bear its own costs and expenses pursuant to the Stipulation of Dismissal [46] filed by the parties on 7/28/2021. Defendant's motion to dismiss [40] is denied as moot. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.